# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REBECCA BOHN, On Behalf of Herself And All Others Similarly Situated, | ) ) ) Case No. 11-cv-08704 |
| Plaintiff, | ) ) Hon. Thomas M. Durkin |
| v. | ) ) |
| BOIRON, INC. and BOIRON USA, INC., | ) ) ) |
| Defendants. | ) ) |

## BOIRON'S MOTION TO ENTER JUDGMENT UNDER RULE 68

Defendants Boiron, Inc. and Boiron USA, Inc. (collectively, "Boiron"), hereby move this Court to enter judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on the grounds that Plaintiff has accepted a Rule 68 offer of judgment.

As an attempt to compromise and reach a settlement between the parties, while not admitting any liability or wrongdoing, Boiron made a Rule 68 offer to Plaintiff. The Rule 68 offer of judgment to Plaintiff provided her with all of the relief that she would be entitled to recover if she prevailed in this action, and Plaintiff has accepted the offer. The only issue outstanding is the amount of attorneys' fees Plaintiff may recover which Plaintiff may raise in a motion for fees and costs following judgment, as the parties acknowledged in the Rule 68 agreement.

In support of this Motion, Boiron submits its Memorandum in Support, and a Proposed Judgment, filed herewith.

1

Dated:  November 1, 2013						Respectfully submitted,


											/s/ John C. Gekas
											John C. Gekas
											 *jgekas@arnstein.com*
											ARNSTEIN & LEHR LLP
											120 South Riverside Plaza
											Suite 1200
											Chicago, IL 60606
											Telephone:  (312) 876-7124
											Facsimile:   (312) 876-7313

											Christina Guerola Sarchio
											 *csarchio@orrick.com*
											ORRICK, HERRINGTON & SUTCLIFFE, LLP
											1152 15th Street, N.W.
											Washington, D.C.  20005
											Telephone:  (202) 339-8400
											Facsimile:   (202) 339-8500

											*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on November 1, 2013 the foregoing document was served via the Court's CM/ECF filing system on all counsel registered to receive such notice, including:

>Stewart M. Weltman
>  sweltman@weltmanlawfirm.com
>LEVIN FISHBEIN SEDRAN & BERMAN
>53 W. Jackson
>Suite 364
>Chicago, IL 60604
>(312) 588-5033
>
>*Counsel for Plaintiff*

/s/   John C. Gekas